IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: )
)
) CASE NO. 18-02104-TOM-13
Timothy Holmes, )
)
    Debtor. )
)

## OBJECTION TO CLAIM NO. 008

Comes now the Debtor, Timothy Holmes, in the above-styled matter by and through his attorney of record, Daisy M. Holder, and objects to the following claim:

| Claim No. | Claimant | Amount | Specific Basis for Objection |
|---|---|---|---|
| 008 | Army & Air Force Exchange Services | $1,017.60 | Timothy Holmes is employed by the Department of Veterans Affairs. He was issued a Military Star account as a government employee. Mr. Holmes would like to make payments directly to Army & Air Force Exchange Services to maintain his good standings with Army & Air Force Exchange. |

PREMISES CONSIDERED, Timothy Holmes, prays that this Court will allow Claim 008 as a "pay direct" debt.

Respectfully submitted,

_/s/ Daisy M. Holder_
Daisy M. Holder
Attorney for Debtor

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2018, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Bradford W. Caraway, Trustee
> Chapter 13 Bankruptcy Cases
> Northern District of Alabama
> P.O. Box 10848
> Birmingham, AL  35202

and I hereby certify that on the 21st day of November, 2018, I served a copy of the foregoing pleading upon the person (s) listed below, by depositing a copy of the same in the United States mail, properly addressed and postage prepaid.

> Army & Air Force Exchange Services
> Attn: GC-G
> 3911 S Walton Walker Blvd.
> Dallas, TX  75236
>
> Timothy Holmes
> 3511 Lynncrest Drive
> Birmingham, AL  35216

/s/ Daisy M. Holder
Daisy M. Holder
Attorney for Debtor

Daisy M. Holder
Attorney at Law
1625 Financial Center
505 20th Street North
Birmingham, Alabama 35203-2605
TELEPHONE:  (205) 251-2334
FACSIMILE:   (205) 328-8060
E-MAIL:      holderesq@aol.com